## UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| United States of America, Plaintiff | ) | Case No: 21cr2909-BAS-9 |
| v. | ) | |
| Odyssey Carrillo (9), Defendant | ) | |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(✓) Ad Prosequendum       ( ) Ad Testificandum.

Name of Detainee: Odyssey Sellers Carrillo (DOB 01-25-2001) (Booking Number: 19744551)
Detained at (custodian): Attention: Warden, Vista Detention Facility (325 South Melrose Drive, Vista, CA 92081)

Detainee is:   a.)   (✓) charged in this district by:
                      (✓) Indictment     ( ) Information     ( ) Complaint
                      Charging Detainee With: Title 18, USC Sec 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity
or            b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  (✓) return to the custody of detaining facility upon termination of proceedings
or            b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

**Appearance is needed on Monday, June 17, 2024, at 2:15 p.m., before United States District Court Judge, Cynthia A. Bashant, Carter/Keep United States District Court (333 West Broadway, 12th Floor, Courtroom 12B, San Diego, CA 92101).**

I hereby attest and certify on 5-14-24
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Signature: Mario J. Peia          (Mario.Peia@usdoj.gov)
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
Printed Name & Phone no.: Mario J. Peia (619-546-9706)
Attorney of Record for: United States of America

By _____ Deputy

### WRIT OF HABEAS CORPUS
(✓) Ad Prosequendum     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the name detainee, on the date and time received above, and any further proceeding to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

May 14, 2024
Date

(SEAL)

Michael S. Berg
United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Odyssey Sellers Carrillo | ☑ Male | ☐ Female |
| Booking or Fed. Reg. #: | Booking Number: 19744551 | DOB: | 01/25/2001 |
| Facility Address: | Vista Detention Facility | Race: | |
| | 325 South Melrose Drive, Vista, CA 92081 | FBI#: | |
| Facility Phone: | 760-936-0014 | | |
| Currently Incarcerated For: | OBSTRUCT/RESIST EXEC OFF | | |

### RETURN OF SERVICE

Executed on: _____   by: _____

_____
(Signature)

Form Crim-48                                                                 Revised 7/25/14

*PLEASE RECEIPT AND RETURN*