# UNITED STATES DISTRICT COURT

| United States of America, Plaintiff | ) | Case No: 21cr2909-BAS-9 |
|---|---|---|
| v. | ) | |
| Odyssey Carrillo (9), Defendant | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(✓) Ad Prosequendum  ( ) Ad Testificandum.

Name of Detainee: Odyssey Sellers Carrillo (DOB 01-25-2001) (Booking Number: 19744551)
Detained at (custodian): Attention: Warden, George Bailey Detention Facility (446 Alta Road, Suite 5300, San Diego, CA 92158)

Detainee is: a.) (✓) charged in this district by:
(✓) Indictment  ( ) Information  ( ) Complaint
Charging Detainee With: Title 18, USC Sec 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity
or   b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) (✓) return to the custody of detaining facility upon termination of proceedings
or   b.) ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is needed on Monday, June 17, 2024, at 2:15 p.m., before United States District Court Judge, Cynthia A. Bashant, Carter/Keep United States District Court (333 West Broadway, 12th Floor, Courtroom 12B, San Diego, CA 92101).

I hereby attest and certify on 04/05/2024
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

Signature: Mario J. Peia (Mario.Peia@usdoj.gov)
Printed Name & Phone no.: Mario J. Peia (619-546-9706)
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

(✓) Ad Prosequendum  ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the name detainee, on the date and time received above, and any further proceeding to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

June 5, 2024
Date

United States District/Magistrate Judge

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Odyssey Sellers Carrillo | ☑ Male | ☐ Female |
| Booking or Fed. Reg. #: | Booking Number: 19744551 | DOB: | 01/25/2001 |
| Facility Address: | George Bailey Detention Facility | Race: | |
| | 446 Alta Road, Suite 5300, San Diego, CA 92158 | FBI#: | |
| Facility Phone: | 619-210-0385 | | |
| Currently Incarcerated For: | OBSTRUCT/RESIST EXEC OFF | | |

### RETURN OF SERVICE

Executed on: _____  by: _____

_____
(Signature)

Form Crim-48                                                                 Revised 7/25/14