## UNITED STATES DISTRICT COURT

**PLEASE RECEIPT AND RETURN**

United States of America, Plaintiff )
                         )  **Case No:**   21cr2909-BAS-9
                         )
          **v.**                  )
Odyssey Carrillo (9), Defendant )
                         )

2024 JUL 16  ≈ 03  RECEIVED U.S. MARSHALS/CA

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (✓) Ad Prosequendum             ( ) Ad Testificandum.

Name of Detainee:   Odyssey Sellers Carrillo (DOB 01-25-2001) (Booking Number: 19744551)
Detained at (custodian): Attention: Warden, San Diego Central Jail (1173 Front Street, San Diego, CA 92101)

Detainee is:   a.)    (✓) charged in this district by:
                      (✓) Indictment     ( ) Information    ( ) Complaint
                      Charging Detainee With:  Title 18, USC Sec 1962(d) - Conspiracy to Conduct
   or    b.)    ( ) a witness not otherwise available by ordinary process of the Court  Enterprise Affairs Through a Pattern of Racketeering Activity

Detainee will: a.)   (✓) return to the custody of detaining facility upon termination of proceedings
   or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is needed for the Change of Plea scheduled for Thursday, July 18, 2024, at 1:45 p.m., before United States Magistrate Judge, Michael S. Berg, Schwartz United States District Court (221 West Broadway, 2nd Floor, San Diego, CA 92101).

I hereby attest and certify on 7/16/24
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
    CLERK, U.S. DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

Signature: *Mario J. Peia*    Email: Mario.Peia@usdoj.gov
Printed Name & Phone no.:  Mario J. Peia (619-546-9706)
Attorney of Record for:  United States of America

### WRIT OF HABEAS CORPUS
    (✓) Ad Prosequendum         ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the name detainee, on the date and time received above, and any further proceeding to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

July 16, 2024
_____
Date

_____
United States District/Magistrate Judge  (SEAL)

Please provide the following, if known:

AKA(s) (if applicable):   Odyssey Sellers Carrillo      ☑ Male    ☐ Female
Booking or Fed. Reg. #:   Booking Number: 19744551     DOB:  01/25/2001
Facility Address:        San Diego Central Jail          Race:
                       1173 Front Street, San Diego, CA 92101   FBI#:
Facility Phone:         619-610-1647
Currently Incarcerated For: OBSTRUCT/RESIST EXEC OFF

### RETURN OF SERVICE

Executed on: _____  by: _____

_____
(Signature)

Form Crim-48                                                            Revised 7/25/14